UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, Petitioner

CIVIL DOCKET NO. 1:23-CV-00171

VERSUS

DISTRICT JUDGE DRELL

STEPHANIE A STROTHER, Respondent

MAGISTRATE JUDGE PEREZ-MONTES

---

# JUDGMENT

For the reasons contained in the Report and Recommendation (ECF No. 12) of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Stephanie A. Strother's appeal (ECF No. 1) is **GRANTED**, the final decision of the Commissioner of Social Security is **VACATED**, and the case is **REMANDED** for further proceedings consistent with the Report and Recommendation (ECF No. 12) and this Judgment.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 5th day of August 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT